IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ROSA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | NO. 12-5102 |
| COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant | : | |

FILED
JUN 2 8 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER RE:
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND

And NOW, this __ day of June, 2013, for the reasons discussed in the accompanying memorandum, it is ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED, but Plaintiff's Motion for Remand (ECF No. 8) is GRANTED for proceedings consistent with the Court's memorandum pursuant to the fourth sentence of 42 U.S.C. § 405(g).

The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-5102 rosa v. astrue\order_remand.docx